UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-62424-CIV-DIMITROULEAS

CANDICE PATTI,

    Plaintiff,

v.

MEDICAL DATA SYSTEMS, INC.,
d/b/a MEDICAL REVENUE SERVICE,

    Defendant.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court *sua sponte*.

On February 8, 2018, the Court issued a Scheduling Order [DE 13] directing the parties to agree upon a mediator within fourteen (14) days and to advise the Clerk's office of their choice. From the record, it appears that the parties have not yet selected a mediator.

Accordingly, it is **ORDERED AND ADJUDGED** that the parties shall file a response to this Order to Show Cause by **March 2, 2018**, showing cause why the Clerk should not be directed to randomly select a mediator from the list of certified mediators. Failure to comply with this Order may result in the Clerk selecting a mediator at random.[1]

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 23rd day of February, 2018.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

---

[1] The Court has received Plaintiff's notice of Attempted Compliance with Court Order. [DE 15]. If the parties are unable to agree on a mediator, the Court will direct the Clerk to randomly select a mediator.

Counsel of record